

**PALILLOLAW**
MICHAEL B. PALILLO, PC

Michael B. Palillo
Ryan Amato

March 23, 2017

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 501
NEW YORK, NEW YORK 10007

P 212.608.8959
F 212.608.0304

mpalillo@palillolaw.com
ramato@palillolaw.com

United States District Court
Southern District of New York
500 Pearl Street
New York, New York
Att: P. Kevin Castel
    United States District Judge

           RE: Watson v. Bank of America N.A.
               Civ: 1:16CV-09874-PKC
               Joint Letter
               Discharge of Counsel

Dear Judge Castel:

    This letter shall serve to advise your Honor that Teron Watson has discharged me as his attorney.

    Alex J. Chase Esq. of Wilson Elser Moskowitz, Edelman and Dicker, Counsel for Bank of America, has received verbal notification from Mr. Watson as well.

    As I am not in receipt of any writing from Mr. Watson, I will be requesting that this Court issue an Order relieving me as his Counsel.

    I would ask this Court schedule a date for Mr. Watson and Counsel to appear in Court so I can be formally relieved as Counsel.

    As Mr. Watson has not yet retained new Counsel, I respectfully request that all proceedings be stayed pending my application.

                                Respectfully Submitted,

                                Michael B. Palillo

Via e-mail Alex.Chase@wilsonelser.com
Wilson Elser Moskowitz
Edelman & Dicker LLP
Att: Alex L. Chase Esq.

Teron Watson via text with attachment