

**PALILLOLAW**
MICHAEL B. PALILLO, PC

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 501
NEW YORK, NEW YORK 10007

P 212.608.8959
F 212.608.0304

mpalillo@palillolaw.com
ramato@palillolaw.com

Michael B. Palillo
Ryan Amato

March 30, 2017

United States District Court
Southern District of New York
500 Pearl Street
New York, New York
Att: P. Kevin Castel
     United States District Judge

RE: Watson v. Bank of America N.A.
Civ: 1:16CV-09874-PKC

Dear Judge Castel:

Please be advised that Teron Watson has decided not to discharge me as his attorney.

I am pleased to announce that this case has been settled for the sum of $19,000.00.

We will be filing the closing paperwork shortly.

Respectfully Submitted,

Michael B. Palillo

Via e-mail Alex.Chase@wilsonelser.com
Wilson Elser Moskowitz
Edelman & Dicker LLP
Att: Alex L. Chase Esq.

CONSENTED AND AGREED

TERON WATSON